ORDERED ACCORDINGLY.

Dated: July 10, 2009



_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | |
| TIMOTHY DALE FARMER AND INGRID REBECCA FARMER | Case No. 2:09-BK-10681 |
| | Wage Order |
| Debtor. | |

Upon Motion of the Debtor and with good cause appearing it is hereby **ORDERED** granting the Motion for Wage Order and directing that Salt River Project shall withhold from Debtor(s) pay and submit to:

Edward J. Maney
Chapter 13 Trustee
PO BOX 10434
Phoenix AZ 85064

    The sum of $250.50 each pay period.

1