```
Label Matrix for local noticing        BAC Home Loan Servicing, L.P. fka Countrywid   CANDICA L.L.C.
0970-2                                 Tiffany & Bosco, P.A.                          C O WEINSTEIN AND RILEY, PS
Case 2:09-bk-10681-GBN                 2525 E. Camelback Rd.                          2001 WESTERN AVE, STE 400
District of Arizona                    Suite 300                                      SEATTLE, WA 98121-3132
Phoenix                                Esplanade II
Thu Mar 11 10:01:13 MST 2010           Phoenix, AZ 85016-4237

ECMC                                   RECOVERY MANAGEMENT SYSTEMS CORPORATION        U.S. Bankruptcy Court, Arizona
P.O. Box 75906                         25 SE 2ND AVE #1120                            230 North First Avenue, Suite 101
St. Paul, MN 55175-0906                MIAMI, FL 33131                                Phoenix, AZ 85003-0608


ALTIER CREDIT UNION                    AMEX                                           American Express Bank FSB
1511 North Project Drive               Customer Service                               c/o Becket and Lee LLP
Tempe AZ 85281-1206                    PO BOX 981535                                  POB 3001
                                       El Paso TX 79998-1535                          Malvern  PA 19355-0701


BAC Home Loan Servicing, L.P.          CAPITAL ONE                                    CAPITAL ONE BANK (USA), N.A.
Tiffany & Bosco, P.A.                  P. O. Box 60024                                C/O TSYS DEBT MANAGEMENT (TDM)
2525 E. Camelback Rd. Suite 300        City Of Industry CA 91716-0024                 PO BOX 5155
Esplanade II                                                                          NORCROSS, GA 30091-5155
Phoenix, AZ 85016-4237

CITI CARDS                             CITI CARDS                                     COUNTRYWIDE HOME LOANS
P. O. Box 6404                         P.O. BOX 6418                                  P. O. Box 650070
The Lakes NV 88901-6406                THE LAKES NV 88901-6418                        Dallas TX 75265-0070


FIA CARD SERVICES                      HOME DEPOT CREDIT CARD SERVICES                KOHL PAYMENT CENTER
P. O. Box 15137                        P. O. Box 6028                                 P.O. BOX 30510
Wilmington DE 19850-5137               The Lakes NV 88901-6028                        LOS ANGELES CA 90030-0510


PHH MORTGAGE                           PHH MORTGAGE CORPORATION                       PHH Mortgage Corporation, C/O MARK S. BOSCO
PO BOX 5452                            PHH MORTGAGE/FIDELITY                          2525 E. CAMELBACK RD. SUITE 300
Mount Laurel NJ 08054-5452             4001 LEADENHALL RD                             PHOENIX, AZ 85016-4237
                                       MT LAUREL, NJ 08054-4611


PRA Receivables Management, LLC        Recovery Management Systems Corporation        Roundup Funding, LLC
As Agent Of Portfolio Recovery Assocs. 25 S.E. 2nd Avenue, Suite 1120                 MS 550
POB 12914                              Miami, FL 33131-1605                           PO Box 91121
Norfolk VA 23541-0914                                                                 Seattle, WA 98111-9221


SALLIE MAE                             Sallie Mae Inc. on behalf of                   U.S. AIRWAYS CARD SERVICES
P. O. Box 9533                         Texas Guaranteed Student Loan Corp.            P.O. BOX 13337
Wilkes Barre PA 18773-9533             TGSLC                                          PHILADELPHIA PA 19101-3337
                                       P.O. Box 83100
                                       Round Rock, TX 78683-3100


U.S. TRUSTEE                           US AIRWAYS CARD SERVICES                       EDWARD J. MANEY
OFFICE OF THE U.S. TRUSTEE             PO BOX 13337                                   P.O. BOX 10434
230 NORTH FIRST AVENUE                 Philadelphia PA 19101-3337                     PHOENIX, AZ 85064-0434
SUITE 204
PHOENIX, AZ 85003-1725
```

INGRID REBECCA FARMER  
8733 W. TUCKEY LANE  
GLENDALE, AZ 85305-2023

JOSEPH W. CHARLES  
LAW OFFICES OF JOSEPH W. CHARLES, P.C.  
PO BOX 1737  
GLENDALE, AZ 85311-1737

TIMOTHY DALE FARMER  
8733 W. TUCKEY LANE  
GLENDALE, AZ 85305-2023

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CANDICA L.L.C.  
C O WEINSTEIN AND RILEY, PS  
2001 WESTERN AVENUE, STE 400  
SEATTLE, WA 98121-3132

(d)ECMC  
P. O. Box 75906  
St. Paul, MN 55175-0906

(d)PHH Mortgage Corporation,C/O MARK S. BOSCO  
2525 E. CAMELBACK RD. SUITE 300  
PHOENIX, AZ 85016-4237

(u)C/O MARK S. BOSCO PHH Mortgage Corporation

End of Label Matrix  
Mailable recipients   32  
Bypassed recipients    4  
Total                 36